IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DIAMOND DENNIS RENAY DERX,**                                 **PLAINTIFF**
**ADC #162003**

v.                  **4:20CV00831-BRW-JTK**

**A. CULCLAGER,** *et al.*                                                 **DEFENDANTS**

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendants Crawford and Reos are DISMISSED, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 2nd day of September, 2020.

                                                      Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE