IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DIAMOND DENNIS RENAY DERX,     PLAINTIFF
ADC #162003

v.     4:20CV00831-BRW-JTK

A. CULCLAGER, et al.     DEFENDANTS

## ORDER

I have received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendant's Motion for Summary Judgment (Doc. No. 42) is GRANTED, and Plaintiff's complaint against Defendant is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 24th day of August, 2021.


    Billy Roy Wilson
    UNITED STATES DISTRICT JUDGE