# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DIAMOND DENNIS RENAY DERX,                                                          PLAINTIFF
ADC #162003

v.                              4:20CV00831-BRW-JTK

A. CULCLAGER, et al.                                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 24th day of August, 2021.


                                                                Billy Roy Wilson
                                                                UNITED STATES DISTRICT JUDGE

1